U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 14 2012

TONY R. M..., CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0143 |
| VERSUS | * | JUDGE TOM STAGG |
| SHAWANDA LASHAWN AUSTION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Shawanda L. Austion, and adjudges her guilty of the offense charged in Count 1 of the Indictment against her.

THUS DONE AND SIGNED in chambers, this 14th day of September 2012, Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE